Megan Whyman Olesek (SBN 191218)
molesek@kenyon.com
KENYON & KENYON LLP
1801 Page Mill Road, Ste. 210
Palo Alto, CA 94304-1216
Telephone: 650-384-4700
Facsimile: 650-384-4701

[additional counsel listed below]

Attorney for Defendant
Sony Electronics Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OPTIMUM POWER SOLUTIONS LLC, a Texas Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>SONY ELECTRONICS INC., a Delaware corporation,<br><br>Defendants. | Case No. C 12-03126 SI<br><br>**NOTICE OF CHANGE IN COUNSEL AND [PROPOSED] ORDER** |

Defendant Sony Electronics Inc. hereby requests the change in counsel of Megan Whyman Olesek of Kenyon & Kenyon LLP as their counsel of record, in place of Chad Michael Shandler and Elizabeth Rui He of Richards, Layton & Finger, PA, One Rodney Square, 920 N. King Street, Wilmington, DE 19801, telephone (302) 651-7700, facsimile (302) 651-7701. Notices, pleadings, orders, rulings, and any other documents served in this action should be noticed to Megan Whyman Olesek at the address set forth below.

Richards, Layton & Finger, PA consents to this change in counsel.

Dated: July 9, 2012     Richards, Layton & Finger, PA

By: /s/ *Chad Michael Shandler (with permission)*
Chad Michael Shandler

Kenyon & Kenyon LLP consents to this change in counsel.

Dated: July 10, 2012    Kenyon & Kenyon LLP

By:/s/ [signature]
Megan Whyman Olesek (SBN 191218)
*molesek@kenyon.com*
KENYON & KENYON LLP
1801 Page Mill Road, Ste. 210
Palo Alto, CA 94304-1216
Telephone:  650-384-4700
Facsimile:   650-384-4701

Of Counsel
Paul T. Qualey (*pro hac vice* application to be submitted)
*pqualey@kenyon.com*
John R. Hutchins (*pro hac vice* application to be submitted)
*jhutchins@kenyon.com*
KENYON & KENYON LLP
1500 K Street, N.W., Suite 700
Washington, D.C. 20005
Tel:  (202) 220-4200
Fax: (202) 220-4201

**ORDER**

IT IS HEREBY ORDERED that Megan Whyman Olesek of Kenyon & Kenyon LLP, shall be changed as counsel of record in the above-referenced action.

Dated: 7/12/12

By: [signature]
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE