John R. Hutchins (*pro hac vice*)
jhutchins@kenyon.com
Paul T. Qualey (*pro hac vice*)
pqualey@kenyon.com
KENYON & KENYON LLP
1500 K Street, N.W., Suite 700
Washington, D.C. 20005
Tel: (202) 220-4200
Fax: (202) 220-4201

Megan Whyman Olesek (SBN 191218)
molesek@kenyon.com
KENYON & KENYON LLP
1801 Page Mill Road, Suite 210
Palo Alto, CA 94304-1216
Telephone:    650.384.4700
Facsimile:    650.384.4701

Attorneys for Defendant
Sony Electronics Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OPTIMUM POWER SOLUTIONS LLC, a Texas Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>SONY ELECTRONICS INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:12-cv-03126-SI<br><br>**REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE** |

      Pursuant to Local Rule 16-10(a), counsel for Defendant Sony Electronics Inc. ("Sony") hereby respectfully requests permission from the Court to participate by telephone in the Case Management Conference scheduled for December 12, 2012. John Hutchins, lead trial counsel for Sony, will be at trial in the Eastern District of Virginia, in the litigation styled *Morpho Detection, Inc. v. Smiths Detection, Inc.*, No. 2:11 CV 498 (MSD). The trial is not expected to conclude

before December 15, 2012, and, therefore, Mr. Hutchins will be unable to participate in the conference.

However, Mr. Hutchins' co-counsel, Paul Qualey, is available to participate in the proceedings by telephone. Mr. Qualey is fully familiar with all issues in this litigation and has full authority to represent Sony in these proceedings. Mr. Qualey is unable to attend in person due to a family vacation scheduled before the Case Management Conference was moved from November 30, 2012. The telephone number where Mr. Qualey can be reached for the conference is 917-836-5011.

Respectfully submitted,

Dated: December 5, 2012

KENYON & KENYON LLP

By: /s/ Megan Whyman Olesek
Megan Whyman Olesek (SBN 191218)
*molesek@kenyon.com*
KENYON & KENYON LLP
1801 Page Mill Road, Suite 210
Palo Alto, CA 94304-1216
Telephone:    650.384.4700
Facsimile:    650.384.4701

John R. Hutchins (*pro hac vice*)
*jhutchins@kenyon.com*
Paul T. Qualey (*pro hac vice*)
*pqualey@kenyon.com*
KENYON & KENYON LLP
1500 K Street, N.W., Suite 700
Washington, D.C. 20005
Tel: (202) 220-4200
Fax: (202) 220-4201

Attorneys for Defendant
Sony Electronics Inc.

IT IS SO ORDERED:

_____    Date: 12/10/2012
Hon. Susan Illston
United States District Judge